NILES, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. February 3, 1899.) Action by Adaline Niles, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Motion denied. See 55 N. Y. Supp. 1144.

NOLAN, Appellant, v. NOLAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 10, 1899.) Action by Clara E. Nolan against Catherine F. L. Nolan and others. No opinion. Motion for reargument denied. Section 953 of the Code of Civil Procedure has no reference to records of the character here under consideration. It relates only to records or other judicial proceedings of courts of foreign countries. See 54 N. Y. Supp. 975.

NUSBAUMER, Respondent, v. JACKSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 3, 1899.) Action by John Nusbaumer against Samuel Jackson, impleaded, etc. No opinion. Order affirmed, with $10 costs and disbursements.

O'BRIEN, Appellant, v. CHEMNITZ CO., Respondent. (Supreme Court, Appellate Division, First Department. January 13, 1899.) Action by William O'Brien against Chemnitz Company. J. Josephson, for appellant. A. Brough, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

O'CLAIR v. HALE. (Supreme Court, Appellate Division, Third Department. January 17, 1899.) Action by Peter O'Clair against Ledyard P. Hale, as receiver, etc. No opinion. Motion denied. See 54 N. Y. Supp. 388.

O'HORO, Respondent, v. KELSEY, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 18, 1899.) Action by James O'Horo against James E. Kelsey. No opinion. Interlocutory judgment affirmed, with costs, with leave to the defendant to withdraw his demurrer and answer upon payment of the costs of the demurrer and of this appeal. All concur, except WARD, J., not voting.

O'SHAUGHNESSY, Appellant, v. WESTERGREN et al., Respondents. (Supreme Court, Appellate Division, First Department. January 20, 1899.) Action by Patrick O'Shaughnessy against Moritz F. Westergren and others. G. D. Lamb, for appellant. H. C. Smyht, for respondents. No opinion. Judgment affirmed, with costs.

O'SHEA, Appellant, v. UNION FERRY CO., Respondent. (Supreme Court, Appellate Division, First Department. January 13, 1899.) Action by Timothy O'Shea against Union Ferry Company. E. T. Lovatt, for appellant. W. A. Jenner, for respondent. No opinion. Judgment affirmed, with costs.

OTTO v. McCAFFREY et al. (Supreme Court, Appellate Division, First Department. January 13, 1899.) Action by Elise Otto against Catherine T. McCaffrey and others. No opinion. Upon payment of $10 costs, motion denied, in order to give appellant an opportunity to move in court below for an extension.

PEAKE, Appellant, v. SALMON, Respondent. (Supreme Court, Appellate Division, Third Department. January 25, 1899.) Action by Asa B. Peake against Nell W. Salmon. No opinion. Judgment affirmed, with costs. See 52 N. Y. Supp. 1147.

PEARSON, Respondent, v. MORRELL et al., Appellants. (Supreme Court, Appellate Division, First Department. January 13, 1899.) Action by Frederick S. Pearson against Mary C. Morrell, impleaded. W. E. Ballard, for appellants. H. A. Taylor, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE, Respondents, v. MATHEWS, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 18, 1899.) Proceeding by the people of the state of New York against Joseph Mathews. No opinion. Judgment modified by striking out the provision for imprisonment in case the defendant fails to pay the fine, and, as thus modified, judgment affirmed. Judgment to be entered and certified to the Oneida county court, pursuant to section 547 of the Code of Criminal Procedure. All concur, except WARD, J., not voting.

PEOPLE, Appellants, v. MILLER, Respondent. (Supreme Court, Appellate Division, Fourth Department. February 3, 1899.) Proceeding by the people of the state of New York against William P. Miller. No opinion. Judgment and order affirmed, with costs.

PEOPLE, Respondents, v. MUELLER, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 18, 1899.) Proceeding by the people of the state of New York against Jacob Mueller.
PER CURIAM. Judgment of conviction modified by striking therefrom the words, "and in default of the payment thereof to be committed to the Erie county penitentiary, at hard labor, until such fine shall be paid, not exceeding one day's imprisonment for each and every dollar so imposed as a fine," and, as so modified, judgment affirmed. The judgment to be entered and certified to the supreme court of Erie county, pursuant to section 547 of the Code of Criminal Procedure. All concur, except WARD, J., not voting.

PEOPLE, Respondents, v. MULLER, Appellant. (Supreme Court, Appellate Division, Second Department. February 7, 1899.) Proceeding by the people of the state of New York against Christian Muller. No opinion. Appeal dismissed on argument.

PEOPLE, Respondents, v. REILLY, Appellant. (Supreme Court, Appellate Division, Second Department. January 24, 1899.) Proceeding by the people of the state of New York against Thomas Reilly. No opinion. Judgment reversed on argument, and new trial ordered.